*Daniel G. Shea* and *George S. Fitzgerald* for petitioners.

No. 1157. STANDARD SURETY & CASUALTY Co. *v.* PLANTSVILLE NATIONAL BANK ET AL. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *C. J. Danaher* and *Neil Burkinshaw* for petitioner. *Norris C. Bakke, James M. Kane, Harold L. Allen, John L. Cecil* and *Irving H. Jurow* for respondents.

No. 1158. WILLIAMS *v.* UNITED STATES. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Edward L. Blackman* for petitioner. *Acting Solicitor General Washington, Sewall Key, Robert N. Anderson* and *Melva M. Graney* for the United States.

No. 1225. JOHN J. CASALE, INC. *v.* SKIDMORE ET AL. April 28, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Charles E. Cotterill* for petitioner. *Harold R. Korey* and *Emanuel Tacker* for respondents.

No. 1107. GREENHOUSE BROS. & FINKELSTEIN, INC. *v.* RECONSTRUCTION FINANCE CORPORATION. April 28, 1947. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. *Edward Schoeneck* for petitioner. *Acting Solici-*